UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

MICHAEL GONZALES,               )    CASE NO. 1:06 CV 2457
                                )
          Plaintiff,            )    JUDGE CHRISTOPHER A. BOYKO
                                )
     v.                         )
                                )    JUDGMENT ENTRY
CUYAHOGA COUNTY,                )
                                )
          Defendant.            )

          This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

                              S/Christopher A. Boyko
                              CHRISTOPHER A. BOYKO
                              UNITED STATES DISTRICT JUDGE

DATE: November 15, 2006